FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 FEB 21 PM 12: 49
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE DESTRUCTION OF FILES )
)
) GENERAL ORDER
) NO. 2020-02

The court has in its custody the following civil and criminal case files:

**Criminal**

4:01cr3116  USA v. Kelsey, et al.

4:02cr3044  USA v. Horbatko

4:02cr3066  USA v. Morrow, et al.

4:02cr3099  USA v. Thomas

4:02cr3134  USA v. Money

4:02cr3141  USA v. Hawthorne

4:02cr3183  USA v. Szalay

4:02cr3197  USA v. Johnson

4:03cr3000  USA v. Tankersley

**Civil**

4:00cv3274 Dr. Performance Mgm. v. Dr. Performance, Inc., et al.

4:01cv3327 Halimage Farms, LLC v. Westfalia-Surge, Inc.

4:02cv3170 Glissman, et al. v. Sunderman, et al.

Non-trial criminal cases that result in sentences of 15 years or less may be disposed of 15 years after closure of the case. *Guide to Judiciary Policy*, Vol. 10, Ch. 6, Appx. 6B: Records Disposition Schedule 2, (DAA-0021-2013-0005-0006). In addition, civil case files with certain nature of suit codes are considered temporary records and can be destroyed 15 years after closure of the case, *Guide to Judiciary Policy*, Vol. 10, Ch. 6, Appx. 6B: Records Disposition Schedule 2, (N1-021-10-2, Item7b (6)). The Administrative Office's Court Services Office confirmed on February 14, 2020, that the above cases meet the criteria for destruction.

Accordingly,

IT IS ORDERED that the clerk shall destroy the case files listed above. The clerk is further ordered to memorialize the destruction of these case files on the docket of the court.

DATED this 21st day of February, 2020.

BY THE COURT:

*s/ John M. Gerrard*
Chief United States District Judge